UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

AMERICAN CIVIL LIBERTIES UNION
of MASSACHUSETTS,

      Plaintiff,

v.

MIKE LEAVITT, Secretary of U.S. Department
of Health and Human Services, in his official capacity,
WADE HORN, Assistant Secretary for Children
and Families, in his official capacity, and HARRY WILSON,
Associate Commissioner for the Administration
on Children, Youth and Families, in his official capacity,

      Defendants.

Civil Action No.

**05 - 11000 JLT**

---

### NOTICE OF APPEARANCE

Please enter my appearance as counsel on behalf of the plaintiff, the American Civil Liberties Union of Massachusetts.

                                                  */s/ Sarah Wunsch*
                                                  Sarah R. Wunsch, BBO # 548767
                                                  ACLU of Massachusetts
                                                  99 Chauncy Street, Suite 310
                                                  Boston, MA 02111
                                                  617-482-3170, ext. 323

Dated: May 16, 2005