UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN CIVIL LIBERTIES UNION
of MASSACHUSETTS,

    Plaintiff,

v.

MIKE LEAVITT, Secretary of U.S. Department
of Health and Human Services, in his official capacity,
WADE HORN, Assistant Secretary for Children
and Families, in his official capacity, and HARRY WILSON,
Associate Commissioner for the Administration
on Children, Youth and Families, in his official capacity,

    Defendants.

Civil Action No.

**05-11000 JLT**

## MOTION FOR THE ADMISSION OF DANIEL MACH, JESSICA TILLIPMAN, THOMAS GARY PULHAM, VICTORIA HOWARD JUEDS, JULIE STERNBERG, and CAROLINE MALA CORBIN TO APPEAR PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of the U.S. District Court for the District of Massachusetts, Sarah Wunsch, an attorney admitted to practice before this court, hereby moves for the admission of Daniel Mach, Jessica Tillipman, Thomas Gary Pulham and Victoria Howard, all of the Washington law firm of Jenner & Block LLP, and Julie Sternberg and Caroline Mala Corbin of the Reproductive Freedom Project of the American Civil Liberties Union, to appear and practice before this court in the above-captioned matter.

The applicants all meet the requirements of the Local Rule as demonstrated in each of their certificates which are attached hereto. Their expertise and resources are needed to provide adequate representation to the plaintiff in this case which raises issues of national importance regarding the Establishment Clause of the U.S. Constitution and the use of federal tax dollars to

support the promotion of religious doctrines. In compliance with the Local Rule, the undersigned local counsel is filing an appearance in this case.

*Sarah Wunsch*
Sarah R. Wunsch, BBO # 548767
ACLU of Massachusetts
99 Chauncy Street, Suite 310
Boston, MA 02111
617-482-3170, ext. 323

Dated: May 16, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document (with attachments) was served upon counsel for all parties by first class mail on May 16, 2005.

_____
Sarah Wunsch

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION of MASSACHUSETTS<br><br>        Plaintiff,<br><br>v.<br><br>MIKE LEAVITT, Secretary of U.S. Department of Health and Human Services, in his official capacity, WADE HORN, Assistant Secretary for Children and Families, in his official capacity, and HARRY WILSON, Associate Commissioner for the Administration on Children, Youth and Families, in his official capacity,<br><br>        Defendants. | CIVIL ACTION NO.:<br><br>**05-11000 JLT** |

**CERTIFICATE OF DANIEL MACH
FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 83.5.3 (b) of the U.S. District Court for the District of Massachusetts, I, Daniel Mach, submit this certificate in support of my application, on motion of attorney Sarah Wunsch, for leave to appear and practice in this court in the above-captioned case.

1.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I was admitted to the New York bar in February 1998 and the District of Columbia bar in January 1999. I remain a member in good standing in both bars.

2.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    4.    Sarah Wunsch at the ACLU of Massachusetts will also be counsel of record.

I certify under the penalties of perjury that the foregoing is true.

_____
DANIEL MACH

Dated: Washington, D.C.
         May 11, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION of MASSACHUSETTS<br><br>    Plaintiff,<br><br>v.<br><br>MIKE LEAVITT, Secretary of U.S. Department of Health and Human Services, in his official capacity, WADE HORN, Assistant Secretary for Children and Families, in his official capacity, and HARRY WILSON, Associate Commissioner for the Administration on Children, Youth and Families, in his official capacity,<br><br>    Defendants. | CIVIL ACTION NO.:<br><br>05-11000 JLT |

**CERTIFICATE OF JESSICA TILLIPMAN
FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 83.5.3 (b) of the U.S. District Court for the District of Massachusetts, I, Jessica Tillipman, submit this certificate in support of my application, on motion of attorney Sarah Wunsch, for leave to appear and practice in this court in the above-captioned case.

1.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I was admitted to the Virginia bar in October 2003 and the District of Columbia bar in March 2005. I remain a member in good standing in both bars.

2.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.  Sarah Wunsch at the ACLU of Massachusetts will also be counsel of record.

I certify under the penalties of perjury that the foregoing is true.

*Jessica Tillipman*
JESSICA TILLIPMAN

Dated: Washington, D.C.
       May 11, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION of MASSACHUSETTS<br><br>    Plaintiff,<br><br>v.<br><br>MIKE LEAVITT, Secretary of U.S. Department of Health and Human Services, in his official capacity, WADE HORN, Assistant Secretary for Children and Families, in his official capacity, and HARRY WILSON, Associate Commissioner for the Administration on Children, Youth and Families, in his official capacity,<br><br>    Defendants. | CIVIL ACTION NO.:<br><br>**05-11000 JLT** |

### CERTIFICATE OF THOMAS GARY PULHAM
### FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.5.3 (b) of the U.S. District Court for the District of Massachusetts, I, Thomas Gary Pulham, submit this certificate in support of my application, on motion of attorney Sarah Wunsch, for leave to appear and practice in this court in the above-captioned case.

1.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I was admitted to the California bar in December 2004 and remain a member in good standing.

2.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.  Sarah Wunsch at the ACLU of Massachusetts will also be counsel of record.

I certify under the penalties of perjury that the foregoing is true.

*[signature]*
THOMAS GARY PULHAM

Dated: Washington, D.C.
       May 11, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION of MASSACHUSETTS<br><br>Plaintiff,<br><br>v.<br><br>MIKE LEAVITT, Secretary of U.S. Department of Health and Human Services, in his official capacity, WADE HORN, Assistant Secretary for Children and Families, in his official capacity, and HARRY WILSON, Associate Commissioner for the Administration on Children, Youth and Families, in his official capacity,<br><br>Defendants. | CIVIL ACTION NO.:<br><br>**05-11000 JLT** |

**CERTIFICATE OF VICTORIA HOWARD JUEDS
FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 83.5.3 (b) of the U.S. District Court for the District of Massachusetts, I, Victoria Howard Jueds, submit this certificate in support of my application, on motion of attorney Sarah Wunsch, for leave to appear and practice in this court in the above-captioned case.

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I was admitted to the New York bar in November 2002 and the District of Columbia bar in April 2005. I remain a member in good standing in both bars.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.  Sarah Wunsch at the ACLU of Massachusetts will also be counsel of record.

I certify under the penalties of perjury that the foregoing is true.

_____
VICTORIA HOWARD JUEDS

Dated: Washington, D.C.
       May 11, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN CIVIL LIBERTIES UNION of
MASSACHUSETTS

      Plaintiff,

v.

MIKE LEAVITT, Secretary of U.S. Department of
Health and Human Services, in his official capacity,
WADE HORN, Assistant Secretary for Children and
Families, in his official capacity, and HARRY
WILSON, Associate Commissioner for the
Administration on Children, Youth and Families, in
his official capacity,

      Defendants.

CIVIL ACTION NO.:

**05-11000 JLT**

### CERTIFICATE OF JULIE STERNBERG
### FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.5.3 (b) of the U.S. District Court for the District of Massachusetts, I, Julie Sternberg, submit this certificate in support of my application, on motion of attorney Sarah Wunsch, for leave to appear and practice in this court in the above-captioned case.

    1.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I was admitted to the New York bar in 1997 and remain a member in good standing. I am a member of the United States Supreme Court, the United States Courts of Appeals for the Fifth Circuit and the Sixth Circuit, and the United States District Court for the Southern District of New York. I have been admitted *pro hac vice* in several other courts.

    2.    I have been a litigator with the Reproductive Freedom Project of the American Civil Liberties Union since 1999, and have gained extensive experience in the field of

reproductive rights and First Amendment law. I played a primary role in a successful challenge to Louisiana's misuse of federal funds to promote religion in abstinence-only programs, *see ACLU of La. v. Foster*, No. A 02-1440, 2002 WL 1733651 (E.D. La. July 24, 2002), a case very similar to the above-captioned matter. I am also one of the lead attorneys in *American Civil Liberties Union of Tennessee v. Bredesen*, 354 F. Supp. 2d 770 (M.D. Tenn. 2004), *appeal docketed*, Sixth Circuit No. 04-6393, another case involving the intersection of reproductive rights and the First Amendment. I was also part of the trial team that successfully challenged the constitutionality of the federal abortion, ban, *see Nat'l Abortion Fed. v. Ashcroft*, 33 F. Supp. 2d 436 (S.D.N.Y. 2004), and have been involved in a successful challenge to New Jersey's law requiring parental involvement in a minor's decision to have an abortion, *see Planned Parenthood of Cent. N.J. v. Farmer*, 762 A.2d 620 (N.J. 2000); and a successful challenge to New Jersey's "partial-birth abortion" ban, *see Planned Parenthood of Cent. N.J. v. Verniero*, 41 F. Supp. 2d 478 (D.N.J. 1998), *aff'd*, 220 F.3d 127 (3d Cir. 2000), among other cases. I also helped draft numerous amicus curiae briefs, including briefs to the United States Supreme Court in *Ferguson v. South Carolina*, 532 U.S. 67 (2001) (challenging South Carolina policy of surreptitiously drug-testing pregnant women in a public hospital), and *Stenberg v. Carhart*, 530 U.S. 914 (2000) (challenging Nebraska's ban on "partial-birth abortion").

    3.    I graduated *cum laude* from Harvard Law School in 1995, where I served as an editor for the Harvard Women's Law Journal. After finishing law school, I clerked for Judge Jacques L. Wiener, Jr. of the United States Court of Appeals for the Fifth Circuit and then for Judge Nina Gershon of the United States District Court for the Eastern District of New York. I graduated *summa cum laude* from Princeton University in 1991, where I was a member of *Phi Beta Kappa*.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. Sarah Wunsch at the ACLU of Massachusetts will also be counsel of record.

I certify under the penalties of perjury that the foregoing is true.

_____
JULIE STERNBERG

Dated: New York, New York
       May 11, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION of MASSACHUSETTS<br><br>Plaintiff,<br><br>v.<br><br>MIKE LEAVITT, Secretary of U.S. Department of Health and Human Services, in his official capacity, WADE HORN, Assistant Secretary for Children and Families, in his official capacity, and HARRY WILSON, Associate Commissioner for the Administration on Children, Youth and Families, in his official capacity,<br><br>Defendants. | CIVIL ACTION NO.:<br><br>**05-11000 JLT** |

**CERTIFICATE OF CAROLINE MALA CORBIN
FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 83.5.3 (b) of the U.S. District Court for the District of Massachusetts, I, Caroline Mala Corbin, submit this certificate in support of my application, on motion of attorney Sarah Wunsch, for leave to appear and practice in this court in the above-captioned case.

1.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I was admitted to the New York bar in March 2003 and remain a member in good standing. I am a member of the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Sixth Circuit, and the United States District Courts for the Southern District of New York and the Eastern District of New York. I have been admitted *pro hac vice* in several other courts.

1

2. I have been an attorney at the Reproductive Freedom Project of the American Civil Liberties Union (ACLU-RFP) since February 2004. At the ACLU, I have focused on reproductive rights cases with First Amendment implications, including *American Civil Liberties Union of Tennessee v. Bredesen*, 354 F. Supp. 2d 770 (M.D. Tenn. 2004), *appeal docketed*, Sixth Circuit No. 04-6393 (First Amendment challenge to "Choose Life" specialty license plates), and *American Civil Liberties Union of Louisiana v. Foster*, 2002 WL 1733651, No. Civ. A 02-1440 (E.D. La. July 24, 2002) (motion for contempt pending in First Amendment challenge to misuse of federal funds to promote religion in abstinence-only programs).

3. From October 2002 until I joined the ACLU-RFP, I was a litigation associate at the New York law firm of Sullivan & Cromwell LLP. During my first year at Sullivan & Cromwell, I was their pro bono fellow, where I served as lead or co-counsel in civil rights cases. *See, e.g., Palmer v. Goss*, 364 F.3d 60 (2d Cir. 2004).

4. Before joining Sullivan & Cromwell, I clerked for the Honorable M. Blane Michael, United States Judge for the Fourth Circuit Court of Appeals. I graduated from Columbia Law School in 2001, where I was a James Kent Scholar and received the James A. Elkins Prize for Constitutional Law and the Pauline Berman Heller Prize. I graduated *magna cum laude* from Harvard University in 1991.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. Sarah Wunsch at the ACLU of Massachusetts will also be counsel of record.

I certify under the penalties of perjury that the foregoing is true.

_____
CAROLINE MALA CORBIN

Dated: New York, New York
       May 11, 2005

support the promotion of religious doctrines. In compliance with the Local Rule, the undersigned local counsel is filing an appearance in this case.

*Sarah Wunsch*
Sarah R. Wunsch, BBO # 548767
ACLU of Massachusetts
99 Chauncy Street, Suite 310
Boston, MA 02111
617-482-3170, ext. 323

Dated: May 16, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document (with attachments) was served upon the ~~counsel for all parties by first class mail~~ U.S. Attorney by hand on May 16, 2005.

*Sarah Wunsch*
Sarah Wunsch

-2-