UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN CIVIL LIBERTIES UNION
of MASSACHUSETTS,

    Plaintiff,

Civil Action No.

v.

MIKE LEAVITT, Secretary of U.S. Department
of Health and Human Services, in his official capacity,
WADE HORN, Assistant Secretary for Children
and Families, in his official capacity, and HARRY WILSON,
Associate Commissioner for the Administration
on Children, Youth and Families, in his official capacity,

    Defendants.

**05 - 11000 JLT**

### PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (and Local Rule 7.3), the plaintiff American Civil Liberties Union of Massachusetts states that it has no parent corporation, nor does any publicly held corporation hold any stock in it.

*/s/ Sarah Wunsch/*
Sarah R. Wunsch, BBO # 548767
ACLU of Massachusetts
99 Chauncy Street, Suite 310
Boston, MA 02111
617-482-3170, ext. 323

Dated: May 16, 2005