AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

AMERICAN CIVIL LIBERTIES UNION of
MASSACHUSETTS

V.

MIKE LEAVITT, Secretary of U.S. Department of
Health and Human Services, in his official
capacity, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 05-11000 JLT

TO: (Name and address of Defendant)

Michael J. Sullivan
U.S. Attorney
John Joseph Moakley
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SARAH WUNSCH
ACLU of Massachusetts
99 Chauncy St., Suite 310
Boston, MA 02111
(617) 482-3170, ext. 323

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SA_____N                                       5-16-05
CLERK                                              DATE

(By) DEPUTY

₳AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE May 16, 2005 | |
| NAME OF SERVER (PRINT) Sarah Wunsch | TITLE Staff Attorney | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. *is agent.* Place where served: U.S. Attorney's Office – U.S. Courthouse, Suite 9200, One Courthouse Way, Boston, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 16, 2005         Sarah Wunsch
              Date                  Signature of Server

49 Chauncy St., Suite 310, Boston, MA 02111
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.