IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION ) <br> OF MASSACHUSETTS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIKE LEAVITT, Secretary of Department ) <br> of Health and Human Services, in his ) <br> official capacity, WADE HORN, Assistant ) <br> Secretary for Children and Families, in his ) <br> official capacity, and HARRY WILSON, ) <br> Associate Commissioner for the ) <br> Administration on Children, Youth, and ) <br> Families, in his official capacity, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 05-11000-JLT |

## NOTICE OF APPEARANCE

Pursuant to Rule 83.5.2 of the Local Rules of the U.S. District Court for the District of Massachusetts, I, Robert L. Kilroy, of Mirick, O'Connell, DeMallie & Lougee, LLP hereby file my notice of appearance as counsel of record in the above-referenced matter.

Respectfully Submitted,

_____
Robert L. Kilroy, Esq., BBO #636853
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 West Park Drive
Westborough, MA 01581
(508) 898-1501

Dated: June 23, 2005

{H:\PA\LABOR\05859\12004\A0813260.DOC}

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing was sent via first class U.S. Mail, postage prepaid, this 23rd day of June, 2005, upon:

SARAH WUNSCH (BBO #548757)
ACLU of Massachusetts
99 Chaucey St., Ste. 310
Boston, MA 02111
(617) 482-3170, ext. 323

JULI STERNBERG
CAROLINE MALA CORBIN
ACLU Reproductive Freedom Project
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2633 (phone)
(212) 549-2652 (fax)

DANIEL MACH
VICTORIA JUEDS
THOMAS PULHAM
JESSICA TILLIPMAN
Jenner & Block, LLP
601 Thirteenth St., NW
Suite 1200 South
Washington, DC 20005
(202) 637-6313 (phone)
(202) 661-4917 (fax)

Attorneys for Plaintiff

MICHAEL J. SULLIVAN
U.S. Attorney
John Joseph Moakley
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Attorney for Defendants

_\[signature\]_
Robert L. Kilroy

{H:\PA\LABOR\05859\12004\A0813260.DOC}