### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br>OF MASSACHUSETTS<br><br>　　　　Plaintiff,<br><br>v.<br><br>MIKE LEAVITT, Secretary of Department<br>of Health and Human Services, in his<br>official capacity, WADE HORN, Assistant<br>Secretary for Children and Families, in his<br>official capacity, and HARRY WILSON,<br>Associate Commissioner for the<br>Administration on Children, Youth, and<br>Families, in his official capacity,<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>05-11000-JLT |

### MOTION FOR THE ADMISSION OF KEVIN H. THERIOT AND JOEL L. OSTER TO APPEAR PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of the U.S. District Court for the District of Massachusetts, Robert L. Kilroy, an attorney admitted to practice before this Court, hereby moves for the admission of Kevin H. Theriot and Joel L. Oster, all of the Alliance Defense Fund, to appear and practice before this Court in the above-captioned matter, on behalf of the proposed Defendant Intervenor Silver Ring Thing, Inc.

The applicants all meet the requirements of the Local Rule as demonstrated in each of their certificates which are attached hereto. Their expertise and resources are needed to provide adequate representation to the proposed Defendant Intervenor in this case which raises issues of national importance regarding the Establishment Clause of the U.S. Constitution whether the ACLU can stop the government from giving funds to an

{H:\PA\LABOR\05859\12004\A0813263.DOC}

organization to provide a secular presentation on abstinence, simply because the organization is faith based. In compliance with the Local Rule, the undersigned local counsel is filing herewith a Notice of an Appearance in this case.

*Robert L. Kilroy* (signature)

Robert L. Kilroy, BBO #636853
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 West Park Drive
Westborough, MA 01581
Ph: (508) 898-1501
Fax: (508) 898-1502

Kevin Theriot*
Kansas Bar No. 21565
Joel Oster*
Kansas Bar No. 18547
Alliance Defense Fund
15660 W. 135th St.
Olathe, Kansas 66062
Ph: (913) 829-7755
Fax: (913) 829-7780

Benjamin W. Bull+
Ariz. Bar No. 009940
Alliance Defense Fund
15333 N. Pima Rd., Ste. 165
Scottsdale Arizona 85260
Ph: (480) 444-0020
Fax: (480) 444-0028

Attorneys for the Proposed Intervenor

*Pro Hac Vice Motion Submitted
+Of Counsel not admitted in this jurisdiction

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was sent via first class U.S. Mail, postage prepaid, this 23rd day of June, 2005, upon:

SARAH WUNSCH (BBO #548757)
ACLU of Massachusetts
99 Chaucey St., Ste. 310
Boston, MA 02111
(617) 482-3170, ext. 323

JULI STERNBERG
CAROLINE MALA CORBIN
ACLU Reproductive Freedom Project
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2633 (phone)
(212) 549-2652 (fax)

DANIEL MACH
VICTORIA JUEDS
THOMAS PULHAM
JESSICA TILLIPMAN
Jenner & Block, LLP
601 Thirteenth St., NW
Suite 1200 South
Washington, DC 20005
(202) 637-6313 (phone)
(202) 661-4917 (fax)

Attorneys for Plaintiff

MICHAEL J. SULLIVAN
U.S. Attorney
John Joseph Moakley
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Attorney for Defendants

*Robert L. Kilroy*
Robert L. Kilroy

{H:\PA\LABOR\05859\12004\A0813263.DOC}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION ) <br> OF MASSACHUSETTS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIKE LEAVITT, Secretary of U.S. ) <br> Department of Health and Human Services, ) <br> In his official capacity, WADE HORN, ) <br> Assistant Secretary for Children and ) <br> Families, in his official capacity, and ) <br> HARRY WILSON, Associate ) <br> Commissioner for the Administration on ) <br> Children, Youth and Families, in his ) <br> official capacity, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 05-11000-JLT |

**CERTIFICATE OF JOEL L. OSTER**
**FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b) of the U.S. District Court for the District of Massachusetts, I, Joel L. Oster, submit this certificate in support of my application, on motion of attorney Robert L. Kilroy, for leave to appear and practice in this Court in the above-captioned case.

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I was admitted to the Kansas Bar in April 1998, Missouri Bar in November 1998, and the Florida Bar in September 2003. I remain a member in good standing in each bar.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Robert L. Kilroy will also be counsel of record.

I certify under the penalties of perjury that the foregoing is true.

JOEL L. OSTER

Dated: June 20, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>v.<br><br>MIKE LEAVITT, Secretary of U.S. Department of Health and Human Services, in his official capacity, WADE HORN, Assistant Secretary for Children and Families, in his official capacity, and HARRY WILSON, Associate Commissioner for the Administration on Children, Youth and Families, in his Official capacity.<br><br>Defendants. | CIVIL ACTION NO. 05-11000-JLT |

**CERTIFICATE OF KEVIN H. THERIOT
FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b) of the U.S. District Court for the District of Massachusetts, I, Kevin H. Theriot, submit this certificate in support of my application, on motion of attorney Robert L. Kilroy, for leave to appear and practice in this Court in the above-captioned case.

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I was admitted to the Tennessee bar in March 1992, Texas bar in November 1993, Virginia bar in April 1995, Florida bar in April 1998, Georgia bar in January 2001, Missouri bar in January 2004, and the Kansas Bar in April 2004. I remain a member in good standing in each bar.

{H:\PA\LABOR\05859\12004\A0813413.DOC}

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Robert L. Kilroy will also be counsel of record.

I certify under the penalties of perjury that the foregoing is true.

KEVIN H. THERIOT

Dated: June 20, 2005