IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>v.<br><br>MIKE LEAVITT, Secretary of U.S. Department of Health and Human Services, in his official capacity, WADE HORN, Assistant Secretary for Children and Families, in his official capacity, and HARRY WILSON, Associate Commissioner for the Administration on Children, Youth and Families in his official capacity,<br><br>Defendants. | CIVIL ACTION NO. 05-11000-JLT<br><br>**UNOPPOSED MOTION OF SILVER RING THING TO INTERVENE ON BEHALF OF DEFENDANTS** |

COMES NOW the Proposed Intervenor Silver Ring Thing, Inc., ("SRT"), and pursuant to Federal Rule of Civil Procedure 24, hereby moves to intervene on behalf of the Defendants in the above cause of action. This Motion is unopposed by all parties in the case. In support thereof, SRT states and alleges as follows:

1. On or about May 16, 2005, the American Civil Liberties Union of Massachusetts ("Plaintiff") filed a lawsuit against Mike Leavitt, the Secretary of the U.S. Department of Health and Human Services, Wade Horn, the Assistant Secretary for Children and Families, and Harry Wilson, the Associate Commissioner for the Administration on Children, Youth and Families (collectively, "Defendants"), to stop the future funding of grants to SRT.

2. Over the previous three years, SRT has received over one million dollars of grants from the federal government to provide abstinence-based sex education.

3. SRT hopes to receive additional grants in the future to provide abstinence-based sex education.

4. The Plaintiffs are directly attacking SRT, its funds, and thus its very existence.

5. SRT has complied with all governmental regulations, and constitutional requirements, concerning the use of the government funds.

6. None of the government funds have gone to indoctrinate students into any religious doctrine or teaching.

7. Any religious instruction that SRT provides occurs at a separate time or location from where the government-funded instruction takes place.

8. SRT has a direct interest in the outcome of this litigation as Plaintiff is challenging SRT's actions, accounting systems, and future funding.

9. SRT's intervention is timely as it just learned about the case, and as nothing has occurred in the case other than the Complaint was filed. There have been no hearings and discovery has yet to commence. An Answer has yet to be filed.

10. If SRT is not permitted to intervene, its interests could be severely impacted. The direct objective of Plaintiff is to shut down the funding of grants to SRT. If Plaintiff is successful, Plaintiff will lose its government grants.

11. The current Defendants do not share the same interest as SRT, and thus cannot adequately represent SRT in this case.

12. All parties have consented to this Motion.

WHEREFORE, SRT moves that this Court grant this Motion, and permit SRT to intervene on behalf of the Defendants.

*[signature: Robert J. Kilroy]*

Robert L. Kilroy, BBO #636853
Mirick, O'Connell, DeMallie
& Lougee, LLP
1700 West Park Drive
Westborough, MA 01581
Ph: (508) 898-1501
Fax: (508) 898-1502

Kevin Theriot*
Kansas Bar No. 21565
Joel Oster*
Kansas Bar No. 18547
Alliance Defense Fund
15660 W. 135th St.
Olathe, Kansas 66062
Ph: (913) 829-7755
Fax: (913) 829-7780

Benjamin W. Bull+
Ariz. Bar No. 009940
Alliance Defense Fund
15333 N. Pima Rd., Ste. 165
Scottsdale, Arizona 85260
Ph: (480) 444-0020
Fax: (480) 444-0028

Attorneys for the Proposed Intervenor

*Pro Hac Vice Motion Submitted
+Of Counsel not admitted in this jurisdiction

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was sent via first class U.S. Mail, postage prepaid, this 23rd day of June, 2005, upon:

SARAH WUNSCH (BBO #548757)
ACLU of Massachusetts
99 Chaucey St., Ste. 310
Boston, MA 02111
(617) 482-3170, ext. 323

JULI STERNBERG
CAROLINE MALA CORBIN
ACLU Reproductive Freedom Project
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2633 (phone)
(212) 549-2652 (fax)

DANIEL MACH
VICTORIA JUEDS
THOMAS PULHAM
JESSICA TILLIPMAN
Jenner & Block, LLP
601 Thirteenth St., NW
Suite 1200 South
Washington, DC 20005
(202) 637-6313 (phone)
(202) 661-4917 (fax)

Attorneys for Plaintiff

MICHAEL J. SULLIVAN
U.S. Attorney
John Joseph Moakley
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Attorney for Defendants

_____
Robert L. Kilroy