IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION of MASSACHUSETTS, <br><br> Plaintiff, <br><br> v. <br><br> MIKE LEAVITT, Secretary of U.S. Department of Health and Human Services, in his official capacity; WADE HORN, Assistant Secretary for Children and Families, in his official capacity, and HARRY WILSON, Associate Commissioner for the Administration on Children, Youth and Families in his official capacity, <br><br> Defendants. | Civ. A. No. 05-11000 (JLT) |

NOTICE OF APPEARANCE

The Clerk of the Court will please take notice of the appearance in this civil action of Anthony J. Coppolino, U.S. Department of Justice, Civil Division, as counsel for the federal defendants. Contact information is set forth below.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

MICHAEL J. SULLIVAN
United States Attorney

SHEILA M. LIEBER
Deputy Branch Director

  /s/ Anthony J. Coppolino
ANTHONY J. COPPOLINO
(D.C. Bar No. 417323)
Special Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

> 20 Massachusetts Avenue, N.W. Room 6102
> Washington, D.C.  20530**
> Tel.: (202) 514-4782
> Fax: (202) 616-8460 or 8470
> Email:  tony.coppolino@usdoj.gov
>
> ** Commercial Express Mail (e.g. Federal Express)
>      use zip code **20001.**
>
>    For U.S. Postal Mail:
>       P.O. Box 883
>       Washington, D.C. 20044

Dated: June 27, 2005

CERTIFICATE OF SERVICE

      I hereby certify that on June 27, 2005, the foregoing Notice of Appearance was filed electronically and served by means of the Court's ECF email notice system. If otherwise necessary until counsel have registered with the ECF system, the foregoing will also be served by first-class mail, postage pre-paid, on:

SARAH WUNSCH
ACLU of Massachusetts
99 Chauncy St., Suite 310
Boston, MA 02111
(617) 482-3170, ext. 323

JULIE STERNBERG
CAROLINE MALA CORBIN
ACLU Reproductive Freedom Project
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2633 (phone)
(212) 549-2652 (fax)

DANIEL MACH
VICTORIA JUEDS
THOMAS PULHAM
JESSICA TILLIPMAN
Jenner & Block LLP
601 Thirteenth St., NW
Suite 1200 South
Washington, DC 20005
(202) 637-6313 (phone)
(202) 661-4917 (fax)

Counsel for the Plaintiff

ROBERT L. KILROY
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 West Park Drive
Westborough, MA 01581
(508) 898-1501 (phone)
(508) 898-1502 (fax)

KEVIN THERIOT
JOEL OSTER
Alliance Defense Fund
15660 W. 135th Street
Olathe, Kansas 66062
(913) 829-7755 (phone)
(913) 829-7780 (fax)

BENJAMIN W. BULL
Alliance Defense Fund
15333 N. Pima Road, Suite 165
Scottsdale, Arizona 85260
(408) 444-0020 (phone)
(408) 444-0028 (fax)

Counsel for the Proposed Intervenors


    /s/ Anthony J. Coppolino
ANTHONY J. COPPOLINO