UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                               )
AMERICAN CIVIL LIBERTIES UNION  )
of MASSACHUSETTS  )
        Plaintiff,  )
  )
      v.  )      C.A. No. 05-11000 JLT
  )
MIKE LEAVITT, et al.,  )
        Defendants.  )
_____)

**NOTICE OF CHANGE OF ADDRESS**

      Sarah Wunsch, one of the counsel for the Plaintiff, hereby gives notice that her address has changed to 211 Congress Street, 3rd Floor, Boston, Massachusetts, 02110. The phone number remains the same.

                                  /s/ Sarah Wunsch
                                  Sarah Wunsch, BBO No. 548767
                                  ACLU of Massachusetts
                                  211 Congress Street, 3rd Floor
                                  Boston, MA 02110
                                  Tel.: 617-482-3170

Dated: July 28, 2005