UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

AMERICAN CIVIL LIBERTIES UNION
of MASSACHUSETTS,

                                      Civil Action No.   1:05-CV-11000-JLT

         Plaintiff,

v.

MIKE LEAVITT, Secretary of U.S. Department
of Health and Human Services, et al.,

         Defendants.

_____


**MOTION FOR THE ADMISSION OF CRAIG COWIE AND AVLANA KINNERET
EISENBERG TO APPEAR PRO HAC VICE**

Pursuant to Rule 83.5.3(b) of the Local Rules of the U.S. District Court for the District of

Massachusetts, Sarah Wunsch, an attorney admitted to practice before this court, hereby moves

for the admission of Criag Cowie and Avlana Kinneret Eisenberg of the Washington law firm of

Jenner & Block LLP,  to appear and practice before this court in the above-captioned matter.

The applicants  meet the requirements of the Local Rule as demonstrated in each of their

certificates which are attached hereto.  They are working on this case with other attorneys at

Jenner and Block who have been admitted pro hac vice and their assistance is needed to

adequately represent the plaintiff in this case which raises issues of national importance

regarding the Establishment Clause of the U.S. Constitution and the use of federal tax dollars to

support the promotion of religious doctrines.  In compliance with the Local Rule, the

undersigned local counsel has filed an appearance in this case.

                         /s/ Sarah R. Wunsch_____
                         Sarah R. Wunsch, BBO # 548767
                         ACLU of Massachusetts
                         211 Congress St., 3rd Floor
                         Boston, MA 02110
                         617-482-3170, ext. 323

Dated: August 3, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN CIVIL LIBERTIES UNION of
MASSACHUSETTS

            Plaintiff,

v.

MIKE LEAVITT, Secretary of U.S. Department of
Health and Human Services, in his official capacity,
WADE HORN, Assistant Secretary for Children and
Families, in his official capacity, and HARRY
WILSON, Associate Commissioner for the
Administration on Children, Youth and Families, in his
official capacity,

            Defendants.

CIVIL ACTION NO.:
1:05-CV-11000-JLT

## CERTIFICATE OF AVLANA KINNERET EISENBERG
## FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.5.3 (b) of the U.S. District Court for the District of

Massachusetts, I, Avlana Kinneret Eisenberg, submit this certificate in support of my application,

on motion of attorney Sarah Wunsch, for leave to appear and practice in this court in the above-

captioned case.

      1.      '    I am a member of the bar in good standing in every jurisdiction where I have been

admitted to practice.  I was admitted to the California bar in July 2005 and remain a member in

good standing.

      2.      There are no disciplinary proceedings pending against me as a member of the bar

in any jurisdiction.

      3.      I am familiar with the Local Rules of the United States District Court for the

District of Massachusetts.

4.    Sarah Wunsch at the ACLU of Massachusetts will also be counsel of record.


I certify under the penalties of perjury that the foregoing is true.


AVLANA KINNERET EISENBERG

Dated:  Washington, D.C.
         July 22, 2005

**JENNER & BLOCK**
OPERATING ACCOUNT
601 THIRTEENTH ST. NW
SUITE 1200 SOUTH
WASHINGTON, DC 20005

2301

CITIBANK, F.S.B.
WASHINGTON, DC 20036-0967
15-7011-2540

7/25/2005

PAY TO THE
ORDER OF    USDC For The District Of Massachusetts

$ **50.00

Fifty Only********************************************************************** DOLLARS

MEMO    62479-10010 (Pro Hac Vice)

⑈00230⑈⑈ ⑆254070⑈6⑆ ⑆3740 2⑈6⑈⑈⑈

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN CIVIL LIBERTIES UNION of
MASSACHUSETTS

              Plaintiff,

v.

MIKE LEAVITT, Secretary of U.S. Department of
Health and Human Services, in his official capacity,
WADE HORN, Assistant Secretary for Children and
Families, in his official capacity, and HARRY
WILSON, Associate Commissioner for the
Administration on Children, Youth and Families, in his
official capacity,

              Defendants.

NO. 1:05-cv-11000-JLT

## CERTIFICATE OF CRAIG COWIE
## FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.5.3 (b) of the U.S. District Court for the District of

Massachusetts, I, Craig Cowie, submit this certificate in support of my application, on motion of

attorney Sarah Wunsch, for leave to appear and practice in this court in the above-captioned

case.

      1.      I am a member of the bar in good standing in every jurisdiction where I have been

admitted to practice.  I was admitted to the California bar in May 2001, the District of Columbia

bar in March 2005, the District of Colorado bar in March 2002, and the U.S. Court of Appeals

for the Fifth Circuit in July 2003.  I remain a member in good standing in all bars.

      2.      There are no disciplinary proceedings pending against me as a member of the bar

in any jurisdiction.

3.    I am familiar with the Local Rules of the United States District Court for the

District of Massachusetts.

4.    Sarah Wunsch at the ACLU of Massachusetts will also be counsel of record.


I certify under the penalties of perjury that the foregoing is true.

CRAIG COWIE

Dated:  Washington, D.C.
        July 25, 2005

2278

**JENNER & BLOCK**
OPERATING ACCOUNT
601 THIRTEENTH ST. NW
SUITE 1200 SOUTH
WASHINGTON, DC 20005

CITIBANK, F.S.B.
WASHINGTON, DC 20038-0967
15-7011-2540

7/18/2005

PAY TO THE
ORDER OF    U.S. District Court For The District of MA

$ **50.00

Fifty Only**************************************************** DOLLARS

MEMO    62479-10010

⑈00227⑈⑈ ⑈:254070⑈⑈⑈: ⑈⑈3740 2⑈6⑈⑈⑈

0809/1/03-01