# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, )<br>)<br>) Plaintiff, )<br>)<br>v. ) Case No. 1:05-cv-11000-JLT<br>)<br>MIKE LEAVITT, Secretary of U.S. ) **MOTION FOR EXTENSION OF**<br>Department of Health and Human Services, ) **TIME BY SILVER RING**<br>in his official capacity, WADE HORN, ) **THING TO REPSOND TO**<br>Assistant Secretary for Children and ) **COMPLAINT**<br>Families, in his official capacity, and )<br>HARRY WILSON, Associate )<br>Commissioner for the Administration on )<br>Children, Youth and Families in his official )<br>capacity, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>SILVER RING THING, INC., )<br>)<br>Defendant Intervenor, )<br>_____) | |

COMES NOW the Defendant Intervenor Silver Ring Thing, Inc., ("SRT"), and hereby moves for an extension of time to respond to the Complaint. In support thereof, SRT states and alleges as follows:

1. On or about June 23, 2005, SRT filed a Motion to Intervene electronically. The Motion was signed by Robert Kilroy, who was approved to file electronically, and his firm's address was the first address on the signature

bloc. In addition, Joel Oster, Kevin Theriot, and Ben Bull of the Alliance Defense Fund were listed as attorneys of record.

2. Also on June 23, 2005, Robert Kilroy filed a notice of appearance electronically in the case on behalf of SRT.

3. On July 12, 2005, this Court entered an Order granting SRT's Motion to Intervene.

4. The Order stated that electronic notice had been sent to Sarah Wunsch, but not to any attorney for SRT.

5. While the Order specifically stated that electronic notice had not been sent to Joel Oster and Kevin Theriot, it did not mention Robert Kilroy at all.

6. None of SRT's attorneys received notice, nor knew, that this Court had granted SRT's Motion to Intervene until August 16, 2005, when Julie Sternberg called the undersigned and informed him of such.

7. SRT needs 20 days from the date of this motion, or up to and including September 6, 2005, to file a response to the Complaint.

8. Attorney for the Defendant was called concerning this Motion, but his voice mail stated that he would not be back in town until August 22, 2005, and thus the undersigned does not know whether he supports this Motion.

9. Attorneys for Plaintiff consent to this Motion.

WHEREFORE, SRT moves that this Court grant this Motion, giving SRT up to and including September 6, 2005, to file a response to the Complaint.

/s/ Joel Oster
Robert L. Kilroy,
BBO #636853
Mirick, O'Connell,
DeMallie & Lougee, LLP
1700 West Park Drive
Westborough, MA 01581
Ph: (508) 898-1501
Fax: (508) 898-1502

Kevin Theriot
Kansas Bar No. 21565
Joel Oster
Kansas Bar No. 18547
Alliance Defense Fund
15660 W. 135th St.
Olathe, Kansas 66062
Ph: (913) 829-7755
Fax: (913) 829-7780

Benjamin W. Bull+
Arizona Bar No.009940
Alliance Defense Fund
15333 N. Pima Rd., Ste. 165
Scottsdale, Arizona 85260
Ph:  (480) 444-0020
Fax:  (480) 444-0028

Attorneys for the Intervenor

+Of Counsel not admitted in this jurisdiction

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was sent via first class U.S. Mail, postage prepaid, this 17th day of August, 2005, upon:

SARAH WUNSCH (BBO #548757)
ACLU of Massachusetts
99 Chaucey St., Ste. 310
Boston, MA 02111
(617) 482-3170, ext. 323

JULI STERNBERG
CAROLINE MALA CORBIN
ACLU Reproductive Freedom Project
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2633 (phone)
(212) 549-2652 (fax)

DANIEL MACH
VICTORIA JUEDS
THOMAS PULHAM
JESSICA TILLIPMAN
Jenner & Block, LLP
601 Thirteenth St., NW
Suite 1200 South
Washington, DC 20005
(202) 637-6313 (phone)
(202) 661-4917 (fax)

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General
MICHAEL J. SULLIVAN
United States Attorney
SHEILA M. LIEBER

Deputy Branch Director
ANTHONY J. COPPOLINO
(D.C. Bar No. 417323)
Special Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6102
Washington, D.C. 20530
Tel: (202) 514-4782
Fax: (202) 616-8460 or 8470

Attorneys for Defendants


/s/ Joel L. Oster
Joel L. Oster