UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION of MASSACHUSETTS | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.05-11000 JLT |
| v. | ) ) | |
| MIKE LEAVITT, et al., | ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| SILVER RING THING, INC., | ) ) | |
| Defendant-Intervenor. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

Joel Oster and Kevin Theriot, counsel for the Defendant Intervenor, hereby give notice that their address has changed to 15192 Rosewood, Leawood, Kansas 66224. The phone and fax numbers, respectfully, have changed to (913) 685-8000 and (913) 685-8001.

/s/Joel Oster, KS Bar No. 18547
Alliance Defense Fund
15192 Rosewood
Leawood, KS 66224
Tel.: 913-685-8000
Fax: 913-685-8001

/s/Kevin Theriot, KS Bar No. 21565
Alliance Defense Fund
15192 Rosewood
Leawood, KS 66224
Tel.: 913-685-8000
Fax: 913-685-8001

Dated: January 12, 2006