UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION of MASSACHUSETTS,<br><br>        Plaintiff,<br><br>v.<br><br>MIKE LEAVITT, et al.<br><br>        Defendants. | CIVIL ACTION NO.:<br><br>05-11000-JLT |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D) WITH PROPOSED PRE-TRIAL SCHEDULE AND CERTIFICATIONS**

The parties, by and through their respective counsel of record, respectfully submit this joint statement pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 16.1(D), and the October 27, 2005 Notice of Scheduling Conference. Counsel for all parties conferred by telephone on December 13, 2005 to develop the following Discovery Plan and to discuss the issues set forth in Local Rule 16.1(D) and Fed. R. Civ. P. 26(f).

**PROPOSED PRE-TRIAL SCHEDULE**

**I. Joint Discovery Plan**

The Parties jointly propose to the Court the following Discovery Plan:

A. <u>Written discovery</u> to be conducted as follows:
1. Initial written discovery requests shall be served on or before March 1, 2006.
2. All responses to initial written discovery requests shall be served in accordance with the applicable Federal Rule of Civil Procedure, unless otherwise agreed to in writing by the requesting party.
3. Any follow-up written discovery requests shall be served on or before April 17, 2006.

    4. All responses to any follow-up written discovery requests shall be served in accordance with the applicable Federal Rule of Civil Procedure, unless otherwise agreed to in writing by the requesting party.

B. <u>Depositions of fact witnesses</u> to be completed on or before June 15, 2006.
C. <u>Expert witnesses</u> to be identified and all other information required under Fed. R. Civ. P. 26(a)(2)(B) to be provided on or before May 22, 2006.
D. <u>Expert witness depositions</u> to be completed on or before June 15, 2006.
E. <u>Post-Summary Judgment Discovery</u>: Any additional discovery that is necessary concerning any genuine issue of material fact requiring trial in this action identified by the Court in response to motion(s) for summary judgment shall be completed within 60 days prior to a trial date set by the Court.

## II. Proposed Schedule for Filing Motions

A. <u>Amendment of Pleadings.</u> Any motion to amend the pleadings, to join additional parties, or to file a third-party complaint shall be filed on or before May 30, 2006.
B. <u>Discovery.</u> All motions relating to initial written discovery requests and responses shall be filed on or before April 21, 2006, unless the requesting party has granted an extension pursuant to paragraph I.A.2. supra. Where such an extension has been granted, the date by which the requesting party may file a discovery motion is automatically extended by the same number of days as the extension agreed to pursuant to sub-paragraph I.A.2.

    All motions relating to any follow-up written discovery requests and responses must be filed on or before May 30, 2006, unless the requesting party has granted an extension pursuant to sub-paragraph I.A.4, supra. Where such an extension has been granted, the date by which the requesting party may file a discovery motion is automatically extended by the same number of days as the extension agreed to pursuant to sub-paragraph I.A.4.
C. <u>Dispositive motions.</u> Any motion to dismiss or any motion for judgment on the pleadings shall be filed on or before March 17, 2006; all oppositions thereto shall be filed on or before April 14, 2006; all replies thereto shall be filed on or before May 5, 2006.
D. <u>Summary judgment.</u> All motions for summary judgment shall be filed on or before July 14th, 2006; all oppositions thereto shall be filed no later than thirty days from the date of the motion; all replies thereto shall be filed no later than twenty days from the date of the motion.

## Certifications

The certification by the parties and their counsel required under Local Rule 16.1(D) is attached hereto.

AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS,

By its attorneys,

/s/ Sarah Wunsch
Sarah Wunsch, BBO # 548767
ACLU of Massachusetts
211 Congress Street, 3rd Floor
Boston, MA 02110
(617) 482-3170, ext. 323

Daniel Mach
Craig Cowie
Victoria Jueds
Jessica Tillipman
Avlana Eisenberg
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
(202) 639-6000

Julie Sternberg
ACLU Reproductive Freedom Project
125 Broad Street
New York, NY 10004
(212) 549-2636

MIKE LEAVITT, Secretary of U.S. Department of Health and Human Services, in his official capacity, WADE HORN, Assistant Secretary for Children and families, in his official capacity, and HARRY WILSON, Associate Commissioner for the Administration on Children, Youth and Families in his official capacity,

By their attorneys,

PETER D. KEISLER
Assistant Attorney General

MICHAEL J. SULLIVAN
United States Attorney

SHEILA M. LIEBER
Deputy Branch Director

s/ Anthony J. Coppolino
ANTHONY J. COPPOLINO
(D.C. Bar No. 417323)
Special Litigation Counsel
United States Department of Justice

        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W. Room 6102
        Washington, D.C. 20530
        Tel.: (202) 514-4782
        Fax: (202) 616-8460 or 8470
        Email: tony.coppolino@usdoj.gov

SILVER RING THING,
By its attorneys,

/s/ Joel Oster
KEVIN THERIOT
JOEL OSTER
Alliance Defense Fund
15660 W. 135th St.
Olathe, KS 66062
(913) 829-7755

ROBERT L. KILROY
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 West Park Drive
Westborough, MA 01581
(508) 898-1501

Dated: January 31, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION of MASSACHUSETTS,<br><br>   Plaintiff,<br><br>v.<br><br>MIKE LEAVITT, et al.,<br><br>   Defendants. | CIVIL ACTION NO.:<br><br>05-11000-JLT |

**CERTIFICATION BY PARTIES AND THEIR COUNSEL PURSUANT TO LOCAL RULE 16.1(D)**

  The parties and their counsel hereby certify that they have conferred in accordance with the requirements of Local Rule 16.1(d)(3).

/s/ Sarah Wunsch
SARAH WUNSCH
ACLU of Massachusetts, Plaintiff

/s/ Julie Sternberg
JULIE STERNBERG
ACLU Reproductive
Freedom Project
Counsel for Plaintiff

DAVID CADE
Deputy General Counsel,
U.S. Department of Health and Human Services,
Defendant

/s/ Anthony J. Coppolino
ANTHONY J. COPPOLINO
U.S. Department of Justice

Counsel for Government
 Defendants

/s/ Denny Pattyn
DENNY PATTYN
Silver Ring Thing, Defendant

/s/ Joel Oster
JOEL OSTER
Alliance Defense Fund
Counsel for Silver Ring
 Thing

Dated:  January 31, 2006

5