UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION of MASSACHUSETTS,<br><br>Plaintiff,<br><br>v.<br><br>MIKE LEAVITT, Secretary of U.S. Department of Health and Human Services, in his official capacity; WADE HORN, Assistant Secretary for Children and Families, in his official capacity, and HARRY WILSON, Associate Commissioner, Administration on Children, Youth and Families in his official capacity,<br><br>Defendants. | Civ. A. No. 05-11000 (JLT) |

## STIPULATION OF DISMISSAL

The Plaintiff and the Defendants and the Intervenor, through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned civil action without prejudice pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure.

| FOR THE DEFENDANTS | FOR THE PLAINTIFF |
|---|---|
| PETER D. KEISLER<br>Assistant Attorney General | s/ Julie Sternberg<br>JULIE STERNBERG, *pro hac vice*<br>DANIEL MACH, *pro hac vice* (cooperating counsel) |
| MICHAEL J. SULLIVAN<br>United States Attorney | CHARU A. CHANDRASEKHAR (motion for leave to appear *pro hac vice* to be filed) |
| SHEILA M. LIEBER<br>Deputy Branch Director | ACLU Reproductive Freedom Project<br>125 Broad Street, 18th Floor<br>New York, New York 10004 |
| s/ Anthony J. Coppolino<br>ANTHONY J. COPPOLINO<br>(D.C. Bar No. 417323)<br>Special Litigation Counsel | (212) 549-2633 (phone)<br>(212) 549-2652 (fax) |

| | |
|---|---|
| United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW, Room 6102<br>Washington, D.C. 20530<br>(202) 514-4782 (phone)<br>(202) 616-8460 (fax)<br><br>*Counsel for Defendants Mike Leavitt, Secretary of U.S. Department of Health and Human Services; Wade Horn, Assistant Secretary for Children and Families; and Harry Wilson, Associate Commissioner for the Administration on Children, Youth and Families.* | JARED O. FREEMAN (motion for leave to appear *pro hac vice* to be filed)<br>CRAIG COWIE, *pro hac vice*<br>VICTORIA JUEDS, *pro hac vice*<br>JESSICA TILLIPMAN, *pro hac vice*<br>AVLANA EISENBERG, *pro hac vice*<br>Jenner & Block LLP<br>601 Thirteenth St., NW<br>Suite 1200 South<br>Washington, DC 20005<br>(202) 639-6000 (phone)<br>(202) 639-6066 (fax)<br><br>SARAH WUNSCH (BBO #548767)<br>ACLU of Massachusetts<br>211 Congress St.<br>Boston, MA 02110<br>(617) 482-3170, ext. 323 |
| FOR THE INTERVENOR | |
|  s/ Joel Oster<br>JOEL OSTER<br>KEVIN THERIOT<br>Alliance Defense Fund<br>15192 Rosewood<br>Leawood, KS 66224<br>Tel: (913) 685-8000<br>Fax: (913) 685-8001<br><br>*Counsel for Intervenor-Defendant Silver Ring Thing, Inc.* | *Counsel for the Plaintiff* |

Dated: February 23, 2006

2

CERTIFICATE OF SERVICE

    I hereby certify that on February 23, 2006, the foregoing Stipulation of Dismissal was filed electronically and served by means of the Court's ECF email notice system on:

Robert L. Kilroy  -   rlkilroy@modl.com, hyeboah@modl.com
Joel L. Oster    - jrennels@telladf.org
Kevin H. Theriot -     jrennels@telladf.org
Sarah R. Wunsch   -  wunsch@aclu-mass.org
Julie Sternberg -  JSternberg@aclu.org

The foregoing will also be served by first-class mail, postage pre-paid, on:

    JARED O. FREEMAN
    CRAIG COWIE
    VICTORIA JUEDS
    JESSICA TILLIPMAN
    AVLANA EISENBERG
    Jenner & Block LLP
    601 Thirteenth St., NW
    Suite 1200 South
    Washington, DC 20005
    (202) 639-6000 (phone)
    (202) 639-6066 (fax)